UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SYLVESTER MCINTOSH,

        Plaintiff,

v.

RIVERSIDE MARINA,

        Defendant.
_____/

Case No. 2:23-cv-11196

HONORABLE STEPHEN J. MURPHY, III

**STIPULATED ORDER
EXTENDING TIME TO RESPOND TO COMPLAINT**

Upon stipulation of the parties, through their respective counsel, and the Court being duly apprised in the premises:

**IT IS HEREBY ORDERED** that the time for Defendants **RIVERSIDE MARINA**, and **ABC PROFESSIONAL ENTERPRISE LLC**, to file their first responsive pleading to Plaintiffs' Complaint (ECF No. 1) shall be extended to **July 14, 2023**.

**SO ORDERED.**

                                        s/ Stephen J. Murphy, III
                                        STEPHEN J. MURPHY, III
                                        United States District Judge

Dated: July 10, 2023

Respectfully Submitted,

| | |
|---|---|
| */s/ Kurt Thornbladh (w/consent)* | */s/ Angela L. Baldwin* |
| KURT THORNBLADH (P25858) | ANGELA L. BALDWIN (P81565) |
| Thornbladh Legal Group, PLLC | The Miller Law Firm, P.C. |
| 7301 Schaefer | 211 West Fort Street, Suite 705 |
| Dearborn MI 48126 | Detroit, MI 48226 |
| (313) 943 2678 | (248)841-2200 |
| Kthornbladh@gmail.com | alb@millerlawpc.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

Dated: July 6, 2023